# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MARTINEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CATHLEEN ALLISON,<br><br>　　　　Respondent. | Case No. CV 11-5006 CAS (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

The Objections do not address Petitioner's failure to exhaust his state court remedies, and lack merit for the reasons set forth in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and adopted;
2. Judgment be entered denying the Petition and dismissing this action without prejudice; and
3. The Clerk serve copies of this Order on the parties.

1

1    Additionally, for the reasons stated in the Report and Recommendation, the
2    Court finds that Petitioner has not shown that "jurists of reason would find it
3    debatable whether": (1) "the petition states a valid claim of the denial of a
4    constitutional right"; and (2) "the district court was correct in its procedural
5    ruling." *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Thus, the Court
6    declines to issue a certificate of appealability.

DATED: July 20, 2011

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE