# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MARTINEZ, | Case No. CV 11-5006 CAS (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CATHLEEN ALLISON, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: July 20, 2011

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE